U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2019 OCT 30 P 4: 07

STEPHEN C. DRIES
CLERK

19-CR-184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KATIE L. HAREID,

    Defendant.

Case No. 19-CR-
[21 U.S.C. § 843(a)(3)]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. At all times relevant:

    a) Defendant, Katie L. Hareid was a dentist licensed to practice in the State of Wisconsin.

    b) Hareid was employed as a dentist at a dental office located in Milwaukee, Wisconsin.

    c) Hareid maintained a registration with the U.S. Drug Enforcement Administration ("DEA") that authorized her to prescribe administer, dispense, and order controlled substances, including Hydrocodone, Percocet, Oxycodone, and Valium.

    d) As a DEA registrant, Hareid was only permitted to prescribe, administer, dispense, and order controlled substances for a legitimate medical purpose within the scope of her professional practice.

2. During the period from May 24, 2016 through November 2016, in the State and the Eastern District of Wisconsin,

**KATIE L. HAREID,**

did knowingly and intentionally obtain and acquire Schedule II and IV controlled substances by misrepresentation, fraud, and forgery, in that Hareid acquired and obtained controlled substances in the following manner:

a. Hareid, using her own DEA registration number, wrote a prescription for a Schedule II controlled substance in the name of another that she used to obtain narcotics for her own use; and

b. Hareid forged prescriptions using the names of fictitious and actual patients for Schedule II and IV controlled substances in the names of six other dentists to obtain narcotics for her own use; and

c. As the result of her actions, Hareid issued at least 22 fraudulent prescriptions and obtained at least 500 tablets of Schedule II and IV controlled substances, including Hydrocodone, Percocet, Oxycodone and Valium, for her own use.

In violation of Title 21, United States Code, Section 843(a)(3).

10/30/19
Date

MATTHEW D. KRUEGER
United States Attorney