

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

| | |
|---|---|
| *Federal Courthouse* | *(414)297-1700* |
| *517 E. Wisconsin Ave, Rm 530* | *Fax (414) 297-1738* |
| *Milwaukee WI 53202* | *www.justice.gov/usao/wie* |

October 30, 2019

Stephen C. Dries
Clerk of Court
United States Federal Building and Courthouse
517 East Wisconsin Avenue – Room 362
Milwaukee, WI 53202

      RE:  *United States v. Katie Hareid*

Dear Mr. Dries:

On today's date, the government has filed an Information, with an accompanying plea agreement, charging Dr. Katie L. Hareid with acquiring controlled substances by misrepresentation, fraud and forgery in violation of Title 21, U.S.C. Section 843(a)(3). Assuming Dr. Hareid successfully completes the requirements outlined in the filed plea agreement, it is the parties' expectation that the case will be dismissed.

The government has consulted with the United States Probation Office (USPO) in this matter, and the USPO is aware of the instant filing. United States Probation Officer Michael K. Klug has asked for certain provisions to be included in the plea agreement, and these requests have been incorporated into the signed agreement. To this end, the Probation Office will undertake supervision in a manner consistent with the plea agreement.

Thank you for your attention to this filing, and its anticipated outcome. Should questions exist, please do not hesitate to contact the undersigned.

                    Respectfully submitted,

                    MATTHEW D. KRUEGER
                    United States Attorney

        By:    /s/Paul L. Kanter
                    PAUL L. KANTER
                    Criminal Chief

Paul L. Kanter Bar Number: 1005035
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin   53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: Paul.Kanter@usdoj.gov

By:    /s/Gail J. Hoffman
GAIL J. HOFFMAN
Assistant United States Attorney
Gail J. Hoffman Bar Number: 1007361
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin   53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: gail.hoffman@usdoj.gov